## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Criminal Case No. 15-cr-00360-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. LUCIO IVAN LOZANO,
2. EDGAR RENE MIER-GARCES,
3. KENETH MOLINA-VILLALOBOS,
4. JOSE LARA-GALLEGOS,
5. CARLOS FERNANDEZ-BARRON,
6. JOSE DELORES LICON-GALLEGOS, AND
7. MARTHA PATRICIA MOTA,

      Defendants.

---

### ORDER FOR RELEASE OF GRAND JURY MATERIALS

---

Upon consideration of the Government's Motion to Disclose Copies of Grand Jury Material to the Attorneys for the Defendants pursuant to Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure, it is hereby:

ORDERED that copies of the transcripts of testimony given before the Grand Jury and exhibits used before the Grand Jury be disclosed to the attorneys for the defendants in the above captioned case for preparation for trial.

DATED this 20th day of April, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge